

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ANDREA M. MARTIN**
Labor and Employment Law Division
phone: (212) 356-3549
email: andmarti@law.nyc.gov

January 20, 2026

<u>**Via ECF**</u>

Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                    Re:  <u>Oro v. City of New York</u>
                         No. 25-CV-3718 (LJL)

Dear Judge Liman:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, representing Defendant the City of New York in the above-referenced matter. I write to respectfully request an adjournment of the mediation currently scheduled for January 30, 2026. Plaintiff consents to this requested adjournment.

  The adjournment is necessary because the undersigned was scheduled to be on trial in Safe v. New York City Department of Education et al, Index No. 502676/2020, on January 12, 2026. That trial was recently adjourned by two weeks, and is now tentatively set to begin on January 26, 2026. As things presently stand, the undersigned may not be available for mediation on January 30, 2026. In addition, Plaintiff has not yet provided Defendant with a settlement demand in this matter. As a result, Defendant has not been able to seek or obtain authority from the Comptroller, and obtaining such authority in time for a January 30th mediation would not be feasible at this point.

  The parties are hopeful that they may be able to resolve this matter without the assistance of a mediator. Should those efforts prove unsuccessful, the parties would be amenable to reaching out to the Court for a referral to mediation. Accordingly, Defendant, with Plaintiff's consent, respectfully requests that the Court adjourn the January 30, 2026 mediation. I thank the Court for its consideration of this request.

       Respectfully submitted,

       */s/ Andrea M. Martin*

       Andrea M. Martin
       Assistant Corporation Counsel

- 2 -

cc:     Ricotta & Marks, P.C.
        Attorneys for Plaintiff

The request is GRANTED.  The Court's order of reference to the Court-annexed mediation program, Dkt. no. 20, is vacated.  If the parties are unsuccessful in resolving the matter without a mediator, they can make a request by letter motion for a new order of referral.
Date: January 21, 2026

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge