USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

JOSEPH ORO,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------------- X

25-cv-3718 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

By order of February 26, 2026, the Court stayed this action based on the representation of the parties that they wanted to attempt to resolve this matter without further Court intervention. Dkt. No. 31. The stay was intended to last only until May 18, 2026. *Id.* The parties are directed to file a letter, no later than October 9, 2026 at 5:00 p.m., addressing why the stay should not be formally lifted and the case restored to the Court's active calendar.

SO ORDERED.

Dated: October 2, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge